COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| LLOYD KRAPIN, | § | No. 08-17-00055-CV |
| | § | |
| Appellant, | § | Appeal from |
| | § | |
| v. | § | 65th District Court |
| | § | |
| SYLVIA KRAPIN, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC # 2013DCM1001) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on Appellant's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF OCTOBER, 2017.


ANN CRAWFORD McCLURE, Chief Justice


Before McClure, C.J., Rodriguez, and Palafox, JJ.